IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NANCY M. SCHLAFLY,

Plaintiffs,

v.

LOUIS A. SCHLAFLY, et al,

Defendants.                                              No. 08-295-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's notice of voluntary dismissal (Doc. 16). Specifically, Plaintiff moves to dismiss without prejudice her cause of action against Louis A. Schlafly, et al. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES without prejudice** Plaintiff's cause of action against the defendants. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 21st day of August, 2008.

/s/     David R Herndon
**Chief Judge**
**United States District Court**